UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BYRON MINO, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | No. 3:16-CV-2661-M (BT) |
| SELECT PORTFOLIO SERVICING, | § | |
| INC., and DEUTSCHE BANK | § | |
| NATIONAL TRUST CO., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Rebecca Rutherford. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' motion to dismiss [ECF No. 25] is **GRANTED**, and this case is **DISMISSED** with prejudice for Plaintiff's failure to prosecute.

**SO ORDERED.**

May 10, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE